AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| KENDRICK DEANTAY FLYNN | |
| | Case No.   2:20-cr-34-MHT |
| | USM No. 18065-002 |
| | Stephen P. Ganter |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s)   1 and 2   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant unlawfully possessed a firearm | 08/13/2025 |
| 2 | The defendant failed to refrain from any unlawful use of a controlled substance | 08/15/2025 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec. No.:   2584

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
Montgomery, Alabama

03/12/2026
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

03/18/2026
Date

**\* It is further ORDERED that the probation department shall attach the psychological evaluation by Dr. Flores (Doc. 32-7) to the presentence investigation report for forwarding to the Bureau of Prisons.**

AO 245D (Rev. 09/19)      Judgment in a Criminal Case for Revocations
                          Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:  KENDRICK DEANTAY FLYNN
CASE NUMBER:  2:20-cr-34-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

12 Months. This term shall run consecutively with any term of imprisonment imposed in U.S. District Court, Middle District of Alabama, Case No. 2:25-cr-533-MHT. No term of supervised release to follow.

The term of supervised release imposed on 3/25/2021 is revoked.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL